UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY P. LITTLE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of the Social Security )<br>Administration, )<br>)<br>Defendant. | No. 1:12-cv-01080-MJD-LJM |

**JUDGMENT**

The Court, having this day made its Entry,

　　IT IS THEREFORE ADJUDGED that the final decision of the Commissioner, that Timothy P. Little was not entitled to Social Security Disability Insurance benefits based upon his application filed on June 6, 2005, is **REVERSED AND REMANED**.

Date:　08/23/2013

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Charles D. Hankey
charleshankey@hankeylawoffice.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov